1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   HOUSING IS A HUMAN RIGHT               Case No. SACV 19-388 PA (JDEx)
     ORANGE COUNTY; EMERGENCY
12   SHELTER COALITION; DUANE               JUDGMENT OF DISMISSAL
     NICHOLS; and DARREN JAMES,
13

14              Plaintiffs,

15        v.

16   THE COUNTY OF ORANGE;  THE
     CITY OF SAN CLEMENTE; and DOES
17   1-4,

18              Defendants.

19

20

21        On August 12, 2019, the Court issued a Minute Order granting a Motion to Dismiss

22   the First Amended Complaint.  In that Minute Order, the Court dropped certain defendants

23   for misjoinder pursuant to Federal Rule of Civil Procedure 21, declined to exercise

24   supplemental jurisdiction over certain state law claims, and provided plaintiffs with leave to

25   amend their remaining claims.

26        Plaintiffs filed their Second Amended Complaint, to which defendants County of

27   Orange and City of San Clemente (collectively "Defendants") filed Motions to Dismiss.  On

28   October 28, 2019, the Court issued a Minute Order granting the Defendants' Motions to

     Dismiss.  Pursuant to the Court's October 28, 2019 Minute Order, The Court dismissed

without leave to amend the claims of Housing is a Human Right Orange County ("HHROC") and Emergency Shelter Coalition ("ESC") for lack of standing. The Court also dismissed all of the state law claims, and the claims of Orange County Catholic Worker ("OCCW") and Bruce Stroebel without leave to amend and without prejudice. The Court struck the Second Amended Complaint's unauthorized addition to Darren James' claim for violations of the Fifth and Fourteenth Amendments and the Second Amended Complaint's unauthorized claim for violations of the Fourth and Fourteenth Amendments, and otherwise dismissed without leave to amend the Second Amended Complaint's remaining federal claims without leave to amend.

The Court's October 28, 2019 Minute Order provided plaintiffs with an opportunity to file a Motion for Leave to Amend to attempt to plead the unauthorized claims contained in the Second Amended Complaint. Specifically, the Court ordered that any Motion for Leave to Amend must be filed by no later than November 18, 2019. The Court warned that after November 18, 2019, if plaintiffs did not file a Motion for Leave to Amend, the Court would, without further warning, issue a Judgment dismissing this action. Plaintiffs did not file a Motion for Leave to Amend by the deadline.

For all of these reasons, and pursuant to the Court's August 12, 2019, and October 28, 2019 Minute Orders, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiffs' state law claims, and the claims of HHROC, ESC, OCCW, and Bruce Stroebel are dismissed without prejudice;

2. All of the federal claims that Duane Nichols and Darren James asserted in this action against County of Orange and City of San Clemente are dismissed with prejudice; and

3. Defendants shall have their costs of suit.

DATED: November 19, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

-2-