**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 5 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HOUSING IS A HUMAN RIGHT ORANGE COUNTY, an unincorporated association; et al.,<br><br>        Plaintiffs-Appellants,<br> and<br><br>ORANGE COUNTY CATHOLIC WORKER, an unincorporated association; BRUCE STROEBEL, an individual and on behalf of the class similarly situated individuals,<br><br>        Plaintiffs,<br> v.<br><br>CITY OF SAN CLEMENTE; COUNTY OF ORANGE,<br><br>        Defendants-Appellees,<br> and<br><br>CITY OF IRVINE; et al.,<br><br>        Defendants. | No.   19-56474<br><br>D.C. No.<br>8:19-cv-00388-PA-JDE<br>Central District of California, Santa Ana<br><br>ORDER |

    Pursuant to the stipulation of the parties (Docket Entry No. 17), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b).

SJS/Mediation

The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Steven J. Saltiel
Circuit Mediator